April 28, 2018

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2018

JEFFREY P. COLWELL
CLERK

Courtroom C502
Byron G. Rogers U.S. Courthouse
1929 Stout Street
Denver, CO 80294

Dear Byron G. Rogers:

I wanted to contact you because I live in Elizabeth, CO and you appear to be the local tax court representative.

I have been receiving letters from the IRS regarding taxes they consider not paid for 2014. I have called and faxed proof that the $5,300.00 withdrawn from a traditional IRA was deposited into another traditional IRA so many times I have lost count.

Still, I continue to get letters requesting payment, interest, and penalty on the taxes I do not owe.

I have contacted TaxAct, who I used to file the original return and they said they would pursue this issue based on the paperwork I forwarded to them. To date, they have not responded to my inquiries as to the results of their actions on my behalf. ~ *Finally responded - can't do anything on my behalf?*

It would be appreciated if you could help with this error. I am at my wit's end as this has been going on for so long and no matter who I speak to or who I fax the proof to, I get no answer and continue to get letters requesting payment.

If you will be able to help with this, or give me some kind of contact who can look at my file and resolve this issue, I will be only too happy to provide the documentation once again.

Best Regards,

Brenda Woods (Chris Woods-spouse)
8072 Sun Country Dr.
Elizabeth, CO 80107

*Notice CP39*
*Tax Year 2014*
*Notice Date 4-2-18*
*Caller ID 992003*
*we owe 39*
*$19 09.*
*29 H*

*$5300 - Deposited Apr 2015 for 2014*

*5,300 W/d April 2015*

*5300 - Deposited in another institution April 2015 for 2014*
*+1200*

2018 Refund not paid Apr. 1, 2018

# 92. —

Interest 1.61
_____
93.61 - Due as of 5-11-18



FROM

Brenda Woods
8072 Sun Country Drive
Elizabeth, CO 80107

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 07 2018
JEFFREY P. COLWELL
CLERK

Byron G. Rogers
US Court house
Court room C 502
1929 Stout St